

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Olin Culterson, Commissioner
Railroad Commission of Texas
Austin, Texas

Dear Sir:

Opinion No. O-3147
Re: Whether Railroad Commis-
sion may issue a certifi-
cate to a common carrier
motor carrier authorizing
the handling of a limited
number of commodities over
irregular routes.

In your letter of January 28, 1941, you direct atten-
tion to our Opinion No. O-2608, wherein we expressed the view
that the Railroad Commission may not legally issue a certificate
of convenience and necessity authorizing a common carrier motor
carrier, handling all commodities, to operate over irregular
routes, that is, routes which are not fixed and where the roads
traveled and communities served may vary from time to time. You
now request our advice as to whether that opinion is applicable
to various applications for common carrier certificates which
would authorize the transportation of certain designated com-
modities and nothing else. For illustration, you mention one
which seeks authority to carry heavy road machinery only.

Article 911b, Vernon's Annotated Civil Statutes, governs
the operation of common carrier motor carriers and provides for
their regulation. The sections of that statute referred to in
our Opinion No. O-2608 are applicable to all common carrier motor
carrier certificates and the applications therefor. The statute
contains nothing upon which to draw a distinction between the
situation involved in Opinion No. O-2608 and the one which you in-
quire about. Said Opinion No. O-2608 applies to your present
question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis
Glenn R. Lewis
Assistant

APPROVED FEB 18, 1941

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

GRL:EP

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT